UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIR INTERNATIONAL, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> UNICOMER S.A. de C.V., ET AL., <br><br> Defendants. | CASE NO. CV 07-01314-MMM(CTx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: June 26, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE